No. 77–1493.  GLADSTONE, REALTORS ET AL. *v.* VILLAGE OF BELLWOOD ET AL.  C. A. 7th Cir.  Certiorari granted. ■

No. 77–1098.  BELL, SECURITIES COMMISSIONER OF ARKANSAS *v.* INTERNATIONAL TRADING, LTD., ET AL.  Sup. Ct. Ark. Certiorari denied. ■

No. 77–1268.  PALM *v.* VETERANS' ADMINISTRATION OF THE UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–1283.  KARCH *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 77–1322.  PRO-FOOTBALL, INC., ET AL. *v.* HECHT ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 77–1325.  M & M LEASING CORP. ET AL. *v.* SEATTLE FIRST NATIONAL BANK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–1326.  CARTER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–1351.  OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO *v.* JOHNS-MANVILLE PRODUCTS CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–1355.  MCNIFF *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–1363.  BRADSHAW *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.